468 A.2d 829

Commonwealth v. Giddings, Appellant.
Petition for Allowance of Appeal
Denied March 7, 1984.

Submitted June 23, 1983.   Steven J. Zwicky, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.